*1247 CONCURRING OPINION BY
JUDGE BROBSON
I join in the majority’s disposition of this appeal. Specifically, I agree that neither the First Class City Home Rule Act[1] nor the Philadelphia Zoning Code confers standing on an individual councilperson to challenge the Philadelphia Zoning Board of Adjustment’s grant of a variance. I write separately because I can fathom a circumstance where the Philadelphia City Council (City Council) may not be nimble enough to act as a body within the time constraints for challenging such a decision. In that situation, it may be adequate for a councilperson to initiate a challenge on behalf of City Council, with prompt formal action by City Council thereafter ratifying the appeal.

. Act of April 21, 1949, P.L. 665, as amended, 53 P.S. §§ 13101-13157.